KRISTINA S. HOLMAN
Nevada Bar No. 3742
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 614-4777
Facsimile: (702) 255-4779
Email: kholmanlaw@gmail.com
    Attorney for Plaintiff,
    JAY HOLZER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAY HOLZER, | Case No. 2:10-cv-00608-RLH-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| HIGH-TECH INSTITUTE, INC., a Nevada corporation; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive, | |
| Defendants. | |

Plaintiff JAY HOLZER and Defendant HIGH-TECH INSTITUTE, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing this action with prejudice as to all parties named herein. The parties have reached an out-of-court resolution of this matter.

///
///
///
///
///
///
///
///
///

1

Each party named herein shall bear their own costs and fees for the claims and causes of action dismissed by this Stipulation and Order. Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

DATED this 19th day of October, 2010.

*Kristina S. Holman* (signature)
KRISTINA S. HOLMAN
1100 East Bridger Ave.
Las Vegas, Nevada 89101
Tel: (702) 614-4707
Fax: (702) 255-4779
email: kholmanlaw@gmail.com
  Attorney for Plaintiff,
  JAY HOLZER

/s/
WENDY KRINCEK
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Tel: (702) 862-7726
Fax: (702) 993-6251
email: Wkrincek@littler.com
  Attorney for Defendant,
  HIGH-TECH INSTITUTE, INC.

## ORDER

**IT IS SO ORDERED.**

Dated this  21st  day of  October , 2010.

_____
UNITED STATES DISTRICT JUDGE